**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Donald Eugene SMITH, Defendant–
Appellant.**

No. 01–7298.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

**254**

Harold Johnson Bender, Bender & Matus, Charlotte, NC, for appellant. Harry Thomas Church, Assistant United States Attorney, Charlotte, NC, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Donald Eugene Smith seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Smith,* Nos. CR–93–17–V; CA–01–114–2–5 V (W.D.N.C. filed July 24, 2001 & entered July 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*